UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 20736
    DARWIN LEE HANSON
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-6937
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/28/04 and confirmed on 07/23/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 38400.96 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BECKET & LEE LLP | UNSECURED | 5456.41 | .00 | 2958.71 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14966.79 | .00 | 8115.68 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 949.07 | .00 | 514.63 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8227.39 | .00 | 4461.27 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6167.04 | .00 | 3344.05 |
| DISCOVER BANK | UNSECURED | 11343.09 | .00 | 6150.74 |
| FIRST CONSUMERS MASTER T | UNSECURED | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 10325.93 | .00 | 5599.19 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4291.96 | .00 | 2327.30 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 61727.68 | .00 | 61727.68 |
| PRINCIPAL PAID | .00 | .00 | 33471.57 | .00 | 33471.57 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 33471.57 | .00 | 33471.57 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   1548.43 .

Refunds to the Debtor totaled $     680.96 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
         CASE NO. 04 B 20736 DARWIN LEE HANSON
```